# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE L. ROBERSON,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>JAMES E. TILTON, et. al.,<br><br>　　　　　　　Defendants. | Case No. 2:07-cv-02458-AK<br><br>ORDER |

Plaintiff Freddie L. Roberson is a California state prisoner proceeding <u>pro se</u> in a civil rights action under 42 U.S.C. § 1983. After a careful review of the procedural history and record in this matter, the court finds that appointment of counsel is warranted. Eric Ratinoff has been selected by random draw from the court's pro bono attorney panel.

**IT IS ORDERED:**

(1) Eric Ratinoff is appointed as pro bono counsel in this matter. The court thanks counsel for accepting the appointment.

(2) If Roberson agrees to be represented by counsel, counsel shall file a Notice of Association of Counsel within **30** days of this order. If Roberson rejects the appointment of counsel, counsel shall notify the

page 2

court in writing within **30** days and counsel will be allowed to withdraw so Roberson may proceed pro se.

(3) The Clerk of the Court is directed to serve a copy of this order upon Roberson and upon Eric Ratinoff, Kershaw, Cutter & Ratinoff, LLP, 401 Watt Avenue, Sacramento, CA 95864.

ALEX KOZINSKI
Chief Circuit Judge
Sitting by designation

August 21, 2009