UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE L. ROBERSON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JAMES E. TILTON, et al.,<br><br>　　　　　　Defendants. | Case No. 2:07-cv-02458-AK<br><br>ORDER |

Counsel shall have an additional 30 days to respond to this court's order appointing counsel filed August 24, 2009. Counsel shall respond to that order by October 23, 2009. Roberson shall also have an additional 30 days to comply with this court's screening order filed August 24, 2009. Roberson shall respond to that order by November 23, 2009.

　　　　　　　　　　　　　　　　　ALEX KOZINSKI
　　　　　　　　　　　　　　　　　Chief Circuit Judge
　　　　　　　　　　　　　　　　　Sitting by designation

September 14, 2009