# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE L. ROBERSON,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>JAMES E. TILTON, et al.,<br><br>　　　　　　　　Defendants. | Case No. 2:07-cv-02458-AK<br><br>**ORDER** |

Roberson shall have an additional 90 days to comply with this court's screening order filed August 24, 2009. He shall respond to that order by February 22, 2010.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**ALEX KOZINSKI**
　　　　　　　　　　　　　　　　　　Chief Circuit Judge
　　　　　　　　　　　　　　　　　　Sitting by designation

October 22, 2009