# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FREDDIE L. ROBERSON,**<br><br>Plaintiff,<br><br>v.<br><br>**JAMES E. TILTON, et al.,**<br><br>Defendants. | Case No. 2:07-cv-02458-AK<br><br>**ORDER** |

Roberson's application to proceed in forma pauperis is granted. His September 13, 2009 request for documents is denied as moot because appointed counsel has since contacted Roberson.

ALEX KOZINSKI
Chief Circuit Judge
Sitting by designation

October 30, 2009