## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

```
* * * * * * * * * * * * * * * * * *
                                   *
FREDDIE ROBERSON,                  *   Case No. 07-cv-02458-AK
                                   *
     Plaintiff,                    *
                                   *
     v.                            *
                                   *
ROGER COX individually et al.,     *   ORDER
                                   *
     Defendants.                   *
                                   *
                                   *
* * * * * * * * * * * * * * * * * *
```

Roberson filed a notice of voluntary dismissal (docket entry 18), and his First Amended Complaint for Damages is hereby dismissed without prejudice.

June 25, 2010

_____
**ALEX KOZINSKI**
Chief Circuit Judge
Sitting by designation